# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Marilyn H. Bartos, Gerald G. Bartos,

      Plaintiffs,               Civil No. 10-4957 (RHK/JSM)

vs.                         **DISQUALIFICATION AND**
                              **ORDER FOR REASSIGNMENT**

DePuy Orthopaedics, Inc., Johnson
& Johnson Services, Inc., Johnson
& Johnson,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 23, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge